**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                              **Case No. 8:04-cr-248-T-23TBM**

**ROGER CORLISS,**

    **Defendant.**
    _____/

**O R D E R**

THIS MATTER is before the court on a referral from the District Judge (Doc. 48) on Defendant Corliss's **Motion to Withdraw as Counsel**. (Doc. 47). By this Motion, trial counsel seeks to withdraw from further representation of the Defendant and the Defendant requests court appointed counsel.

According to the rules of the Eleventh Circuit Court of Appeals, " . . . the district court is not authorized to appoint counsel on appeal to represent a defendant who was represented in the district court by retained counsel without first conducting an in camera review of the financial circumstances of the defendant and of the fee arrangements between the defendant and retained trial counsel."  Id. at Addendum Four.

The financial circumstances of the Defendant have not been made known to the court, and thus additional information is necessary.

Accordingly, counsel for Mr. Corliss is **DIRECTED** to serve a copy of his motion on Mr. Corliss together with a financial affidavit for his use. Mr. Corliss shall file financial affidavit within twenty (20) days of the date of this order.

Counsel for Mr. Corliss is **DIRECTED** to file with this court, *in camera*, an affidavit outlining the fee arrangement existing between he and Mr. Corliss.  A copy of the affidavit shall be served upon Mr. Corliss.  Mr. Corliss shall promptly thereafter file his own affidavit, if necessary, to correct or supplement the affidavit of counsel.  Trial counsel is **DIRECTED** to submit his affidavit within ten (10) days of the date of this Order.  Mr. Corliss shall have ten (10) days thereafter to file his own affidavit if necessary.

**Done and Ordered** in Tampa, Florida this 26th day of August 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Dennis Moore, Assistant United States Attorney
Jeff Brown, Attorney for Defendant