**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 8:04-cr-248-T-23TBM**

**ROGER CORLISS,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on Defendant Corliss's **Motion to Withdraw as Counsel** (Doc. 47).  By this Motion, Mr. Brown seeks an order relieving him of further responsibility in this cause on grounds that the Defendant is unable to afford his services and his original retainer agreement did not include representation of the Defendant on appeal.  In accordance with rules of the 11th Circuit Court of Appeals, this court has contacted Mr. Corliss who is currently incarcerated at FCI Sheridan, Oregon and conducted an *ex parte* telephone conference with him.  Mr. Corliss agrees with counsel's representation that he is without funds to hire Mr. Brown.  Mr. Corliss indicates his desire to continue his appeal however and requests court appointed counsel.  The court has now received a financial affidavit signed by Mr. Corliss indicating that he is without funds. The court has conducted an inquiry as to the source of the original funds and is satisfied that there is no deception in this matter.

Accordingly, Mr. Brown's **Motion to Withdraw as Counsel** (Doc. 47) is GRANTED and he is relieved of further responsibility in this cause. By separate order the court will appoint CJA counsel to prosecute Mr. Corliss's appeal.

**Done and Ordered** in Tampa, Florida this 27th day of October 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Dennis Moore, Assistant United States Attorney
Jeff Brown, Attorney for Defendant
Jeffrey Corliss c/o FCI Sheridan